IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | ORDER |
| v. | 15-cr-9-jdp |
| JESSE SWEETER, | |
| Defendant. | |

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | ORDER |
| v. | 15-cr-104-jdp |
| KYLE LANGNER, | |
| Defendant. | |

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | ORDER |
| v. | 15-cr-128-jdp |
| RICKY WHITE, | |
| Defendant. | |

---

D.R., one of the victims in these bank robbery cases, has written to the court to ask that the restitution owed to her be prioritized over the corporate victims because of her economic hardship. I will grant her request.

Under 18 U.S.C. § 3664(i), if the court finds that more than one victim has sustained a loss requiring restitution by a defendant, the court may provide for a different payment

schedule for each victim based on the type and amount of each victim's loss and accounting for the economic circumstances of each victim.

D.R. is the only individual victim in these cases. In light of her economic circumstances, I order that her restitution, in the amount of $330.28, be paid to D.R. before any further restitution is allocated to the corporate victims.

Entered June 3, 2021.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge